BERTHA SCHWERTFEGER, as Administratrix of the Estate of HERMAN SCHWERTFEGER, Deceased, Appellant, *v.* SCANDINAVIAN AMERICAN LINE, Respondent.

*Schwertfeger* v. *Scandinavian American Line*, 186 App. Div. 89, affirmed.

(Argued May 20, 1919; decided June 3, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 24, 1919, which reversed an order of Special Term overruling a demurrer to the complaint

and directed a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The accident occurred in New Jersey. By the laws of that state an action for death by negligence must be commenced within two years. Before the expiration of the two years plaintiff commenced an action, but made a mistake and selected the wrong forum; and the action was dismissed for want of jurisdiction. Within one year after the first action was dismissed, but more than two years after the death of plaintiff's intestate, the present action was commenced. The defendant demurred upon the ground that the action had not been commenced within two years after the death of plaintiff's intestate as provided by the New Jersey law.

*Joseph A. Shay* and *Leonard F. Fish* for appellant.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for respondent.

Order affirmed, with costs, on opinion of SHEARN, J., below.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.